830

No. 922. BYRAM v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. C. A. 5th Cir. Certiorari denied. *Grove Stafford* for petitioner. *Al. C. Kammer* for respondent.

No. 926. HARTLEY PEN CO. v. FORMULABS, INC., ET AL. C. A. 9th Cir. Certiorari denied. *Owen A. Bartlett* and *A. V. Falcone* for petitioner. *William Douglas Sellers* for Formulabs, Inc., respondent.

No. 936. RASER TANNING CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *M. Reese Dill* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 943. LAMB v. SUTTON ET AL. C. A. 6th Cir. Certiorari denied. *Lewis S. Pope* and *Kenneth Harwell* for petitioner. *Edwin F. Hunt, W. F. Barry, Jr.* and *Charles C. Trabue, Jr.* for respondents.

No. 951. GRAZIANI ET AL. v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Joseph A. Pennica* for petitioners.

No. 834. CLARKE, TRUSTEE, v. UNITED STATES. The motion of Fehr Kremer for leave to dispense with printing brief, as *amicus curiae*, is granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. *Oldham Clarke* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for the United States. *Louis Lusky* and *Marvin H. Morse* for Kremer.